IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANTHONY SCOCOZZO,
           **Plaintiff**

    v.

DAVID W. SUNDAY, JR., Attorney
General of the Commonwealth
of Pennsylvania, *et al.*
           **Defendants**

:     No. 3:24cv1748

:     (Judge Munley)

:     (Magistrate Judge Carlson)

## ORDER

**AND NOW**, to wit, this ⎯⎯ day of July 2026, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** as follows:

1) Plaintiff's objections to the Reports and Recommendations ("R&Rs") (Docs. 172–175) are **OVERRULED** with the exception of any objection related to his 18 U.S.C. § 925A claim against the Commonwealth through its Attorney General and its Commissioner of the Pennsylvania State Police;

2) The R&Rs (Doc. 157–159, 169) are **ADOPTED** with the caveat above;

3) Defendants Mike Mallick and Moscow Borough Police Department's motion to dismiss, (Doc. 102), is **GRANTED** and the claims against these defendants are **DISMISSED** with prejudice;

4) Defendants Francis McLane, Tim Mayo, and Todd Spinosi's motion to dismiss, (Doc. 108), is **GRANTED** and the claims against these defendants

are **DISMISSED** with prejudice with the exception of the malicious prosecution claim against Mayo and Spinosi which is **DISMISSED** without prejudice pending the outcome of the plaintiff's criminal prosecution in Pennsylvania;

5) Defendants David W. Sunday, Jr., George L. Bivens, and Bryan Paulshock's motion to dismiss, (Doc. 124), is **GRANTED** in part and **DENIED** in part;

    a. The motion is **DENIED** in part with respect to plaintiff's claim under 18 U.S.C. § 925A against Sunday and Bivens;

    b. Plaintiff's Section 925A claim is **STAYED** pending the outcome of the plaintiff's criminal prosecution in Florida;

    c. The motion is otherwise **GRANTED** and dismissal of the other claims is with prejudice;

6) Plaintiff's claims against Defendants Rahman, Boriosi, and Arnone are **DISMISSED** with prejudice for failure to state a claim pursuant to 18 U.S.C. § 1915(e)(2)(B)(ii);

7) The Clerk of Court is directed to terminate Defendants Mallick, McLane, Paulshock, Rahman, Boriosi, and Arnone as defendants in this matter;

8) Plaintiff's motion for partial summary judgment, (Doc. 153) is **DENIED**;

9) Plaintiff's motions for expedited injunctive relief, (Docs. 151, 160, 162, 164) are **DENIED**;

10)    This matter is remanded to a United States Magistrate Judge for an R&R regarding the government's motion to dismiss / motion for summary judgment, (Doc. 170).

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court

3